**QUILL & ARROW LLP**
Bryan Altman, Esq.
baltman@quillarrowlaw.com
Brian Brumfield, Esq.
bbrumfield@quillarrowlaw.com
Gregory Sogoyan, Esq.
gsogoyan@quillarrowlaw.com
Matthew Treybig, Esq.
mtreybig@gmail.com
Kevin Y. Jacobson, Esq.
kjacobson@quillarrowlaw.com
10880 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645
Attorneys for Plaintiffs,
**ANA ISELA VEGAHEREDIA and ALFREDO GUZMAN**

**GORDON REES SCULLY MANSUKHANI, LLP**
Katherine P. Vilchez, Esq.
kvilchez@grsm.com
Spencer Peter Hugret, Esq.
shugret@grsm.com
Trina M. Clayton, Esq.
tclayton@grsm.com
315 Pacific Avenue
Suite 2000
San Francisco, CA 94111
415-986-5900
Fax: 415-986-8054
Attorneys for Defendant,
**GORDON REES SCULLY MANSUKHANI, LLP**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANA ISELA VEGAHEREDIA, an individual, ALFREDO GUZMAN, an individual, | Case No.: 2:24-cv-03561-JAM-JDP *Assigned Judge: John A. Mendez* |

1

STIPULATION AND ORDER OF DISMISSAL

Plaintiffs,

vs.

GORDON REES SCULLY MANSUKHANI, LLP, a Delaware Limited Liability Company, and DOES 1 through 10 inclusive,

Defendants.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED, by and between Plaintiff, ANA ISELA VEGAHEREDIA and ALFREDO GUZMAN and Defendant, FORD MOTOR COMPANY, (hereafter "the Parties"), by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the Parties.

Upon order of the Court and upon such terms and conditions as the Court deems proper, the Parties respectfully request that this action be dismissed with prejudice and that the Court continue to retain jurisdiction over the terms of the Parties' settlement agreement.

Dated: May 14, 2026,                     **QUILL & ARROW, LLP**

By  */s/ Bryan Altman*
_____
Bryan Altman, Esq.
Brian Brumfield, Esq.
Gregory Sogoyan, Esq.
Matthew Treybig, Esq.
Kevin Y. Jacobson, Esq.
Attorneys for Plaintiffs,
**ANA ESELA VEGAHEREDIA AND ALFREDO GUZMAN**

Dated: May 14, 2026,                    **GORDON REES SCULLY MANSUKHANI, LLP**


By /s/ Trina M. Clayton
_____
Katherine P. Vilchez, Esq.
Spencer Peter Hugret, Esq.
Trina M. Clayton, Esq.
Attorneys for Defendant,
**FORD MOTOR COMPANY**


**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to   Trina M. Clayton  , Esq. counsel for **FORD MOTOR COMPANY,**  and that I have obtained authorization to affix his/her electronic signature to this document.


**QUILL & ARROW, LLP**


/s/ Bryan Altman
Bryan Altman, Esq.
Brian Brumfield, Esq.
Gregory Sogoyan, Esq.
Kevin Y. Jacobson, Esq.
Matthew Treybig, Esq.
Attorneys for Plaintiffs,
**ANA ISELA VEGAHEREDIA and ALFREDO GUZMAN**

STIPULATION AND ORDER OF DISMISSAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ISELA VEGAHEREDIA, an individual, ALFREDO GUZMAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GORDON REES SCULLY MANSUKHANI, LLP, a Delaware Limited Liability Company, and DOES 1 through 10 inclusive, <br><br> Defendants, | Case No.: 2:24-cv-03561-JAM-JDP <br><br> *Assigned Judge: John A. Mendez* <br><br> **ORDER OF DISMISSAL** |

1

ORDER OF DISMISSAL

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is **GRANTED**. The entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: May 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2
ORDER OF DISMISSAL